UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESLIE STEPHEN THOMPSON,<br><br>    Plaintiff,<br><br>    v.<br><br>W. RALPH BASHAM, Commissioner, U.S. Customs and Border Protection, *et al.*<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 08-0877 (EGS)<br>)<br>)<br>)<br>)<br>)<br>) |

## **STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), the parties to the above-entitled action hereby stipulate to dismiss this action against all Defendants, with each party to bear its own costs and fees.

Dated: July 21, 2008
       Washington, DC

Respectfully submitted,

   /s/
_____
THOMAS K. RAGLAND, D.C. Bar #501021
Maggio & Kattar
11 Dupont Circle, NW, Suite 775
Washington, DC 20036
(202) 483-0053

*Attorney for Plaintiff*

_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

- 2 -

/s/
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendants*

- 2 -